UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PERFECT KETO, LLC,

    Plaintiff,

v.                                        Case No: 8:21-cv-1295-MSS-JSS

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,
UNIVERSITY OF SOUTH
FLORIDA RESEARCH
FOUNDATION, INC. and AXCESS
GLOBAL SCIENCES, INC.,

    Defendants.
_____/

## ORDER OF RECUSAL

Under 28 U.S.C. § 455(a), a judge must disqualify herself in any proceeding in which her impartiality might reasonably be questioned. When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself *sua sponte*. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989). In this case, the undersigned's spouse is the dean of the University of South Florida College of Pharmacy. The University of South Florida is "administered by" the Board of Trustees. Fla. Stat. § 1001.71 (2021). Consequently, recusal is warranted. The Clerk is directed to reassign this case to another magistrate judge by random draw and provide notice to the parties of the new magistrate judge.

**DONE** and **ORDERED** in Tampa, Florida, on September 21, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record